IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>ENTERLIFE AMBULANCE CORP.<br><br>Debtor | CASE NO: 09-02828 (BKT)<br><br>CHAPTER 11 |
|---|---|

### MOTION TO HAVE FINAL DECREE GRANTED AS UNOPPOSED

**TO THE HONORABLE COURT:**

**COMES NOW**, Enterlife Ambulance Corp., hereinafter referred to as the Debtor, and, through the undersigned attorney, very respectfully STATES and PRAYS:

1. On June 28, 2010 the Debtor submitted its Motion for a Final Decree (Dkt. No. 125).

2. Also on June 28, 2010 the Debtor notified all parties in interest of the motion and, following the Bankruptcy Rules of Procedures, alerted parties that they had 30 days in which to submit an objection.

3. It has now been more than 30 days since Debtor moved for a final decree and no party has submitted an objection.

4. Accordingly, the Debtor respectfully requests that its motion for a final decree be granted as unopposed.

WHEREFORE, the Debtor respectfully requests that its Motion for a Final Decree (Dkt. No. 125) be granted as unopposed.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 5th Day of August 2010.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing through the

CM/ECF system, which will send notification of such filing to the parties listed therein, listed below, including the U.S. Trustee.

.

                    **C. CONDE & ASSOC.**
                    *S/ Carmen Conde Torres*
                    Carmen Conde Torres, Esq.
                    USDC 207312
                    254 San José Street, 5th Floor
                    Old San Juan, Puerto Rico 00901
                    Telephone: 787-729-2900
                    Facsimile: 787-729-2203
                    E-Mail: *condecarmen@microjuris.com*

SONIA B ALFARO DE LA VEGA    sonia_b_alfaro@yahoo.com, nmedina@microjuris.com
JORGE L CINTRON PABON    jcintron@cintronlaw.com
CARMEN D CONDE TORRES    notices@condelaw.com
MIGDALIA EFFIE GUASP    megbky@bppr.com, mguasp@bppr.com
ISABEL M FULLANA    isabelfullana@gmail.com, fullana2@aol.com;analluf@prtc.net
ANDRES GARCIA ARREGUI    garciarr@prtc.net;analluf@prtc.net, agarciaarq@prtc.net;fullana2@aol.com
MONSITA LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
KAYRA D MONTANEZ LABOY    kayrada@yahoo.com
CARLOS E PEREZ PASTRANA (OR)    cperezp@reliablefinancial.com, oriveram@reliablefinancial.com
MIGDA L RODRIGUEZ COLLAZO    bankruptcyjusticia.gobierno.pr@gmail.com, mlrcbankruptcy@gmail.com
EVELYN ROSA MOREL    evelynrosa@lobajr.com
ERICSON SANCHEZ PREKS    aldarondo@prw.net
US TRUSTEE    ustpregion21.hr.ecf@usdoj.gov
MYRA MITZEL VELEZ PLUMEY    myra_velez@hotmail.com, myra.velez@gmail.com