**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:** | |
| | **CASE NO. 09-02828 BKT** |
| **ENTERLIFE AMBULANCE CORPORATION** | **Chapter 11** |
| | |
| **XXX-XX6338** | |
| | FILED & ENTERED ON 08/17/2010 |
| **Debtor(s)** | |

**FINAL DECREE AND CERTIFICATE OF CONSUMMATION**

The Plan under Chapter 11 of the Bankruptcy Code having been filed by the Debtor on 08/05/2010, and the Court having entered an Order Confirming Plan on 12/3/09, and the time for appeal having elapsed with no appeal or notice of appeal having been filed; and Notice of Entry for Final Decree and Order declaring the Plan to have been substantially consummated having been given to those entitled to such notice; and it having been determined by the Court, based upon the affidavits on file and the whole record herein that:

1. The transfer or other disposition of all or substantially all of the property dealt with by the Plan pursuant to the provisions of the Plan has occurred;

2. The Debtor or the Successor to the Debtor has assumed the operation of the business and management of all or substantially all of the property dealt with by the Plan;

3. The deposit required by the plan has been distributed;

4. The payments under the plan have commenced;

5. All contested matters and adversary proceedings have been resolved; and

6. The estate of the debtor has been fully administered.

**IT IS ORDERED THAT:**

1. The Debtor is released from all its dischargeable debts and liabilities except as provided in the Plan and Order Confirming Plan.

2. The Plan has been substantially consummated; and

3. The Estate is hereby closed.

In San Juan, Puerto Rico, this 17 day of August, 2010.

                                                   **Brian K. Tester**
                                                 **U.S. Bankruptcy Judge**